**IT IS SO ORDERED.**

**SIGNED THIS: December 23, 2013**

*[signature]*

**Thomas L. Perkins**
**United States Bankruptcy Judge**

U.S. BANKRUPTCY COURT
Central District of Illinois

In re:   Benjamin D. Walt                                              Case No.   13-82256

Debtor(s)

## ORDER

IT IS HEREBY ORDERED that the above-captioned case is transferred to the Northern District of Illinois, Eastern Division.

Go to *www.ilcb.uscourts.gov* for information regarding this court's *mandatory* electronic filing policy.

###